UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                          Case No. 20-cr-20448
                          Hon. ROBERT H. CLELAND

vs.

LUTHER PETERSON,

        Defendant.
_____/

EATON BROWN
U.S. Attorney's Office
211 W. Fort Street; Suite 2001
Detroit, MI 48226
313-226-9184
Email: eaton.brown@usdoj.gov

MARGARET M. SMITH
United States Attorney's Office
211 W. Fort Street; Suite 2001
Detroit, MI 48226-3220
313-226-9135
Email: Margaret.Smith@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant
       LUTHER PETERSON
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net
_____/

## ORDER GRANTING DEFENDANT LUTHER PETERSON'S UNOPPOSED MOTION TO APPOINT DEFENSE INVESTIGATOR AND COORDINATOR PURSUANT TO CRIMINAL JUSTICE ACT (CJA)

1

HAVING COME before the Court upon Defendant, LUTHER PETERSON Motion to Appoint MICHAEL LYNCH as Defense Investigator and to appoint CHRISTOPHER ANTONE as the discovery coordinator (R. 146), the Government having indicated they do not oppose the motion and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that CHRISTOPHER ANTONE shall be appointed discovery coordinator on behalf of the Defendant, LUTHER PETERSON, and shall be paid in accordance with fees established by the Criminal Justice Act and any additional or supplemental fees shall approved by this Court.

IT IS FURTHER ORDERED that MICHAEL LYNCH shall be appointed defense investigator on behalf of the Defendant, LUTHER PETERSON, and shall be paid in accordance with fees established by the Criminal Justice Act and any additional or supplemental fees shall approved by this Court.

 s/Robert H. Cleland
Hon. ROBERT H. CLELAND
Federal District Court Judge
Eastern District of Michigan

Dated: December 9, 2021